IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARIANNE NICOLE CHARLES,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

Case No.  5D21-2433
LT Case Nos. 2018-CF-008983-A
              2018-CF-001496-A
              2018-CF-014373-A

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Orange County,
Tanya Davis Wilson, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless and Robin A. Compton,
Assistant Attorneys General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.